**James A. CAPPER, Appellant,**

v.

**Ella E. CAPPER, Respondent.**

**No. WD 35822.**

Missouri Court of Appeals,
Western District.

Nov. 27, 1984.

James R. Brown, Brown & Brown, Kansas City, for appellant.

John R. Shank, Gunn, Hall & Stahl, P.C., Gladstone, for respondent.

Before LOWENSTEIN, P.J., and SOMERVILLE and NUGENT, JJ.

### ORDER

PER CURIAM.

Husband appeals from judgment of dissolution arguing that the evidence failed to demonstrate that the marriage was irretrievably broken, that the award of periodic maintenance to the wife was not supported by the evidence, and that the judge abused his discretion in awarding attorney fees to the wife. Judgment affirmed. Rule 84.-16(b).